**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**MICHELLE R. PHILLIPS,**

    **Plaintiff,**

vs.                        Civil Action 2:09-cv-646
                            Judge Algenon L. Marbley
                            Magistrate Judge E. A. Preston Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 21, 2010 Order, the Report and Recommendation is ADOPTED. Plaintiff's Objections are OVERRULED. The Commissioner's decision is AFFIRMED. This action is dismissed. Final judgment is entered pursuant to Sentence 4 of 42 U.S.C. §405(g).

Date: **September 21, 2010**           **James Bonini, Clerk**

                                                s/Betty L. Clark
                                                Betty L. Clark/Deputy Clerk